GERALD HANSON
10821 MATILIJA RD
APPLE VALLEY CAL 92308
(760)244-4457

ATTORNEY OF RECORD PRO.SE.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERAND HANSON
       PLAINTIFF, PRO.SE.

VS.

SHARAD K MEHTA TRUST ET.AL.
       DEFENDANTS

CASE 00-6469 (AIJ)

NOTICE OF DISMISSAL OF THE FOLLOWING NAMED DEFENDANTS
JEAN DUREY
SHARAD K & JYSTSNA MEHTA TRUST.

NOTICE IS GIVEN TO THE COURT, THAT PER THE TELEPHONE OF JULY 2nd 2000. FROM JEAN DUTREY, DUTREY STATED THEY DID NOT HAVE A MORTGAGE WITH JON MIKLES, AS THE MORTGAGE WAS PAID UP OVER TWO MONTHS AGO, THEREFORE THE PLAINTIFF IS DISMISSING JEAN DUTREY FROM THIS CASE.

NOTICE IS GIVEN THAT SHARAD K & JYSTSNA MEHTA TRUST IS ALSO DISMISSED FROM THIS CASE

DATE 7-11-2000

X _____
GERALD HANSON, PLAINTIFF

JUL 25 2000

PROOF OF SERVICE

I, THE UNDERSIGNED, DO STATE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING STATEMENT IS TRUE.

I AM, OVER THE AGE OF 18, A CITIZEN OF THE UNITED STATES, LIVE IN THE COUNTY OF SAN BERNARDINO, CALIFORNIA.

I DID DEPOSIT IN THE UNITED STATES MAILS ON

JULY 13th, 2000

NAME OF DOCUMENTS: DISMISSAL OF DEFENDANTS JEAN DUTREY AND SHARAD K & JYOTSANA S MEHTA TRUST.

ADDRESSES:

JEAN DUTREY
12653, 6th ST
YUCAIPA, CAL
92399

SHARAD K MEHTA
14293 SADDLE MOUNTAIN DR
LOS ALTOS HILLS, CAL 94022

X _____
RANSON SABALA
10821 MATILIJA RD
APPLE VALLEY, CAL 92308