GERALD HANSON
10821 MATILIJA RD
APPLE VALLEY CAL 92308
(760) 244-4457




ATTORNEY OF RECORD PRO.SE.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERALD HANSON )
    PLAINTIFF, PRO.SE. ) CASE CV00-6469MMM(ANJ)
) 
VS. ) NOTICE OF DISMISSAL
)
1. SHARAD K & JYOTSNA S MEHTA TRUST )
)
ET.AL. )
)
    DEFENDANTS )

NOTICE IS GIVEN TO THE COURT, THAT PER THE PHOME CALL BETWEEN
INDYMAC MORTGAGE INC ATTORNEY, TIM OWEN, AND THE PLAINTIFF,
IT IS AGREED THAT THE PLAINTIFF IN THIS CASE WILL DISMISS
DEFENDANT INDYMAC FROM THIS CASE.

DATE 7-31-2000

OWEN & POST
ATTORNEYS FOR DEFENDANT    X /s/ Gerald Hanson
INDYMAC MORTGAGE INC           GERALD HANSON, PLAINTIFF
550 SILVER SPUR SUITE 320
ROLLING HILLS CA 90275

FAX 310-541-7643

AUG - 7 2000

```
HP LASERJET 3150              SEND CONFIRMATION REPORT FOR
PRINTER/FAX/COPIER/SCANNER    HP LASERJET 3150
                              760 955 2291+
                              JUL-31-00   4:31PM
```

| JOB | START TIME | USAGE | PHONE NUMBER/ADDRESS | TYPE | PAGES | MODE | STATUS |
|-----|------------|-------|----------------------|------|-------|------|--------|
| 244 | 7/31  4:30PM | 0'32" | 310 541 7643 | SEND............. | 1/ 1 | EC 96 | COMPLETED..... ......... ... ... ... . |

TOTAL    0'32"    PAGES SENT: 1    PAGES PRINTED: 0

---

GERALD HANSON
10821 MATILIJA RD
APPLE VALLEY CAL 92308
(760) 244-4457

ATTORNEY OF RECORD PRO.SE.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GERALD HANSON
              PLAINTIFF, PRO.SE.         ) CASE CV00-6469MMM(ANJ)
VS.                                      )
1.SHARAD K & JYOTSHA S MEHTA TRUST       ) NOTICE OF DISMISSAL
ET.AL.                                   )
              DEFENDANTS                 )

NOTICE IS GIVEN TO THE COURT, THAT PER THE PHONE CALL BETWEEN
INDYMAC MORTGAGE INC ATTORNEY, TIM OWEN, AND THE PLAINTIFF,
IT IS AGREED THAT THE PLAINTIFF IN THIS CASE WILL DISMISS
DEFENDANT INDYMAC FROM THIS CASE.

DATE 7-31-2000

OWEN & POST
ATTORNEYS FOR DEFENDANT                  X  /s/ Gerald Hanson
INDYMAC MORTGAGE INC                        GERALD HANSON, PLAINTIFF
550 SILVER SPUR SUITE 320
ROLLING HILLS CA 90275

FAX 310-541-7643

## PROOF OF SERVICE

I, THE UNDERSIGNED, DO STATE UNDER THE PENALTY OF PERJURY
THAT THE FOLLOWING STATEMENT IS TRUE.

I AM, OVER THE AGE OF 18, A CITIZEN OF THE UNITED STATES,
AND LIVE IN THE COUNTY OF SAN BERNARDINO, CALIFORNIA.

I DID DEPOSIT IN THE UNITED STATES MAILS ON. 7-31-2000

OR DID PERSONALY SERVE THE FOLLOWING PERSON/S

NOTICE OF DISMISSAL OF DEFENDANT, #13, INDYMAC MORTGAGE INC
NAME OF PERSONS SERVED

WITH THE FOLLOWING DOCUMENTS:

NOTICE OF DISMISSAL

AT THE FOLLOWING ADDRESSES:

OWEN & POST
ATTORNEYS FOR INDYMAC MORTGAGE INC
550 SILVER SPUR, SUITE 320
ROLLING HILLS, CAL 90275
310-541-5655

FAX
310-541-7643

X _____
RANSON SABALA, sewver
10821 MATILIJA
APPLE VALLEY, CAL 92308